UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>WAYLON AKIN,<br><br>                Defendants. | CASE NO. CR07-5644BHS<br><br>ORDER AUTHORIZING FUNDS |

This matter comes before the court on Defendant's request for funds for an independent medical evaluation. Dkt. 43. Defendant moves the Court to authorize up to $5,000 for this evaluation. Defendant advises the Court that the psychiatrist who will perform the evaluation charges $375 per hour and should take up to eight hours to complete the evaluation and report. Thus, the total cost of the evaluation and report should be $3,000 or less. Defendant may petition the Court for authorization of additional funds if necessary.

//

//

//

//

ORDER - 1

Accordingly, the Court hereby authorizes up to $3,000 for the evaluation regarding Defendant's competency and the appropriateness of the Government's request to involuntarily medicate Defendant.

DATED this 26th day of November, 2008.

BENJAMIN H. SETTLE

United States District Judge