UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAYLON AKIN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR07-5644 BHS <br><br> ORDER CONTINUING <br> COMPETENCY HEARING |

The Court has reviewed the pleadings and, based upon the Declaration of Counsel and the need for newly appointed counsel to have sufficient time to prepare for the hearing, the motion to continue the competency hearing is **GRANTED**. The competency hearing shall be continued to February 4, 2009, at 9:00 AM.

IT IS SO ORDERED this 13th day of January, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER